| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284) |
| | United States Attorney |
| 2 | |
| 3 | TOM COLTHURST (CABN 99493) |
| | Chief, Criminal Division |
| 4 | |
| 5 | CYNTHIA JOHNSON (CABN 328932) |
| | Special Assistant United States Attorney |
| 6 | 1301 Clay Street, Suite 340S |
| | Oakland, California 94612 |
| 7 | Telephone: (510) 637-3693 |
| | FAX: (510) 637-3724 |
| 8 | Cynthia.Johnson@usdoj.gov |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 13-CR-00732-CW |
| Plaintiff, | STIPULATION AND ORDER (AS MODIFIED) TO VACATE HEARING |
| v. | Date: March 1, 2022 |
| ISMAEL HODSON, | Time: 10:00 a.m. |
| Defendant. | Hon. Donna M. Ryu |

This matter is set for a preliminary revocation hearing on March 1, 2022, at 10 a.m. However, according to Rule 32.1(b)(1), preliminary hearings are for defendants in custody. Mr. Hodson is out of custody as the government did not seek detention. Therefore, the parties hereby stipulate and request that the Court vacate the hearing on March 1, 2022, and set the matter in front of Judge Wilken at the earliest possible date.

///

///

///

1  IT IS STIPULATED AND AGREED that the preliminary revocation hearing scheduled for March 1,
2  2022, at 10 a.m. be vacated.
3                                                          IT IS SO STIPULATED.
4  Dated:     February 24, 2022

5                                                          /S/
                                                          BRIAN GETZ
6                                                          Counsel for defendant
7
8  Dated:     February 24, 2022

9                                                          STEPHANIE HINDS
                                                          United States Attorney
10
11                                                         /S/
                                                          CYNTHIA JOHNSON
12                                                         SPECIAL ASSISTANT US ATTORNEY

STIPULATION AND ORDER (AS MODIFIED) TO VACATE HEARING
*HODSON*, 13-CR-00732-CW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ISMAEL HODSON,<br><br>    Defendant. | Case No.: 13-CR-00732-CW<br><br>ORDER (AS MODIFIED) TO VACATE HEARING<br><br>Date:   March 1, 2022<br>Time:   10:00 a.m.<br>Hon. Donna M. Ryu |

   Based on the reasons provided in the stipulation of the parties above, the court finds good cause to vacate the preliminary revocation hearing.

   IT IS ORDERED that the preliminary revocation hearing scheduled for March 1, 2022, at 10:00 a.m. is vacated.  Given that District Judge Claudia Wilken prefers that the Magistrate Judges will hold status conferences in her supervised release cases until parties are ready to put the matter before Judge Wilken to either admit the violation or contest it, the parties have conferred and agreed that this case shall be continued to April 25, 2022 at 10:00 a.m. before Magistrate Judge Kandis A. Westmore for Status re: pending Supervised Release Violation.

   IT IS SO ORDERED AS MODIFIED.


   Dated:   February 28, 2022

_____
DONNA M. RYU
United States Magistrate Judge

*[Seal: IT IS SO ORDERED AS MODIFIED — Judge Donna M. Ryu]*